[*488]     *KETTLETAS AND WIFE *v.* GARDNER AND WIFE.—J. GARDNER, AN INFANT *v.* THE SAME.

Fixed habits of intemperance constitute a sufficient reason for the removal of a guardian.

And it is improper that the wife of a husband addicted to such habits should be the guardian, she being subject to his control.

An adult husband is entitled to the guardianship of the person of his wife during her minority.

1829.

Kettletas
v.
Gardner.

In January, 1818, James Gardner and Charlotte his wife were appointed by the surrogate of New York guardians of the persons and estates of Malvina Gardner and John Gardner, two infants. Malvina is now about nineteen years of age and is married to Eugene Kettletas, and John is about seventeen years of age. A petition was presented in each case setting forth that James Gardner had become insane and was in the lunatic asylum, and praying that he and his wife might be removed from the guardianship. A reference was made to a master to ascertain the facts. The master reported that at the time the report was made, James Gardner was of sound mind, although his bodily health was much impaired. He also reported that in consequence of Gardner's fixed habits of intemperance, which brought on frequent attacks of insanity, and of there being no satisfactory evidence of his reformation, he was of opinion that he ought not to be continued in the guardianship.

June 1st.

*R. Bogardus*, for the petitioners.

*A. Burr*, for the guardian.

THE CHANCELLOR :—The opinion of the master, that the guardian who has become so intemperate as to be occasionally insane, is unfit for a guardian without evidence of a thorough reformation in his habits, is perfectly correct. At the time the petitions were presented, the guardian was confined as a lunatic, which derangement was produced by his vicious habits. He was himself a proper subject of guardianship, *and continues so, unless he has abandoned those habits. The court has no assurance that there is in him any permanent reformation. He has therefore forfeited the guardianship, and must be removed. If it is improper

[*489]

for him to have the management of the estate, it is equally improper for his wife, who is subject to his control. The guardianship of the person of one of the infants belongs to the husband, and Mrs. Gardner is not a proper guardian of the person of the other. The whole guardianship must therefore be changed. Philip D. Kettletas is to be appointed guardian of the person of John Gardner, on his giving a bond, with sufficient sureties to be approved of by Master Bolton. But he is not to pay any thing for the support or maintenance of the infant John Gardner, unless he consents to prosecute his studies, or to go into some regular business, under the direction of his guardian, and then nothing more is to be advanced for his support than is absolutely necessary. There must be a reference to a master to state the account of the former guardians; and all further directions are to be reserved until the coming in and confirmation of that report.